## David MARTIN, Movant/Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 104866

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: October 17, 2017

FOR APPELLANT: Amy E. Lowe, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101.

---

1. Respondent did not file a brief.

FOR RESPONDENT: Shaun J. Mackelprang, P.O. Box 899, Jefferson City, Missouri 65102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

### ORDER

PER CURIAM

David L. Martin appeals from the judgment of the circuit court denying, after an evidentiary hearing, his Rule 29.15 motion for post-conviction relief. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

FOR APPELLANT: Peter M. Cohen, 2734 Lafayette, St. Louis, MO 63104.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Christine K. Lesicko, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., Angela T. Quigless, J.